RUTH A. TUTTLE et al., as Trustees under the Will of WILLIS H. TUTTLE, Deceased, Appellants, *v.* IRVING T. CLARK, Respondent.

Argued February 27, 1940; decided March 12, 1940.

*James P. Donovan* for appellants.

*Kenneth B. Keating* and *Nicholas E. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.